UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DON ALVA EWING and<br>MARSHALL McCLOUD | § | CIVIL ACTION NO. _____ |
| VERSUS | § | SECTION: _____ |
| REC MARINE LOGISTICS, LLC | § | MAGISTRATE: _____ |

## SEAMEN'S SUIT

This Seamen's Suit of DON ALVA EWING and MARSHALL McCLOUD,

persons of the full age of majority, appearing herein through undersigned counsel, and

complaining of the above named defendant, respectfully alleges and shows unto this

Honorable Court that:

1.

Plaintiffs bring this cause of action pursuant to the General Maritime Law and the

provisions of 46 U.S.C. §30104*, et al.*, commonly referred to as the Jones Act, and all

statutes supplemental and amendatory thereto.

2.

Named defendant is REC MARINE LOGISTICS, LLC, hereinafter referred to as

"REC", a limited liability company engaged in the offshore marine transportation

business.

3.

A.

On or about April 23, 2017 plaintiff, DON ALVA EWING, was employed by the defendant, REC, as master of the M/V ROMAN ELIE, an offshore supply vessel operating in the Gulf of Mexico.

B.

On or about April 23, 2017 plaintiff, MARSHALL McCLOUD, was employed by the defendant, REC, as a member of the crew of the M/V ROMAN ELIE, an offshore supply vessel operating in the Gulf of Mexico.

4.

Defendant, REC, was at all times material to this lawsuit the "Jones Act" employer of the plaintiffs.

5.

At all times material to this lawsuit, plaintiffs were protected by the provisions of the 46 U.S.C. §30104 *et seq.,* the Jones Act.

6.

On or about April 23, 2017, the M/V ROMAN ELIE, was a vessel, owned, operated and/or controlled by the defendant, REC, and was operating upon navigable waters of the Gulf of Mexico.

7.

On or about April 23, 2017, at approximately 2:15 pm, plaintiffs were off watch and were asleep aboard the M/V ROMAN ELIE.  The captain on watch was Tim Enslow.   At approximately 2:15 pm, the M/V ROMAN ELIE operated by Capt. Enslow,

allided with the platform "West Delta 103F".  The vessel was operating at 9 knots.  The weather was clear.

8 .

Plaintiffs have sustained physical and emotional injuries as a result of the allision with WD 103F.

9.

Plaintiffs' injuries and damages are attributable to the fault and/or negligence of his Jones Act employer, REC, and/or the unseaworthiness of the M/V ROMAN ELIE.

10.

As seamen injured in the service of the M/V ROMAN ELIE, plaintiffs are entitled to maintenance and cure benefits.

11.

A.

As a result of REC's negligent acts and/or omissions and/or the unseaworthiness of its vessel, Plaintiff, DON ALVA EWING, is permanently disabled from his marine employment and has suffered the loss of past and future income, impairment of future earning capacity, loss of employee benefits, loss of enjoyment of life, past and future mental and physical pain and suffering, emotional injuries, permanently disabling injuries, and has incurred medical expenses and he shall incur medical expenses in the future.

B.

As a result of REC's negligent acts and/or omissions and/or the unseaworthiness of its vessel, Plaintiff, MARSHALL McCLOUD, is permanently disabled from his marine

employment and has suffered the loss of past and future income, impairment of future earning capacity, loss of employee benefits, loss of enjoyment of life, past and future mental and physical pain and suffering, emotional injuries, permanently disabling injuries, and he has incurred medical expenses and shall incur in the additional medical expenses in the future.

12.

As Jones Act seamen, Plaintiffs requests a trial by jury.

13.

Plaintiffs were not at fault in causing this incident or the resulting damages.

WHEREFORE, plaintiffs, DON ALVA EWING and MARSHALL McCLOUD pray for judgment herein and against defendant, REC MARINE LOGISTICS, LLC and pray that REC MARINE LOGISTICS, LLC be duly cited and served with a copy of this Seamen's Suit, that it be cited to appear and answer same within the delays allowed by law, and that after due proceedings, that there be judgment rendered herein in favor of plaintiff, DON ALVA EWING, and against defendant herein, REC MARINE LOGISTICS LLC in the total sum of ONE MILLION ($1,000,000.00) DOLLARS and judgement rendered herein in favor of plaintiff, MARSHALL McCLOUD and against defendant herein, REC MARINE LOGISTICS LLC , in the total sum of ONE MILLION ($1,000,000.00) DOLLARS, plus interest from the date of accident until paid, all costs of these proceedings, for trial by jury, and for all other general, equitable maritime relief to which the plaintiffs may be entitled.

Respectfully submitted:

STRAUSS & KING, APLC


*/s/ Berney L. Strauss*
Berney L. Strauss #12527
Rhett E. King #23811
Clinton G. Mead #35244
406 Magazine Street, Suite 300
New Orleans, Louisiana 70130
504-523-0033 (telephone)
504-523-0109 (facsimile)
rhettking@straussandking.com